## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Robert Tulo

|   |   |   |
|---|---|---|
| ) | Case No: | 12-02926 |
| ) | Judge: | Pamela S. Hollis |
| ) | Chapter | 13 |
Debtor(s).   ) Trustee: Marshall

### AFFIDAVIT OF CHANGE IN CIRCUMSTANCES

Robert Tulo, being of full age, makes these statements upon oath and affirmation of belief and personal knowledge that the following matters and facts set forth are true and correct to the best of their knowledge.

1. In my previous case, my wife's income was drastically reduced, in the last six months her income has decreased about $1,000 a month, reducing our income.

2. In my previous case, I was keeping my home and had the expense of a mortgage payment.

3. In my previous case, I had incurred additional expenses since my brother in law has moved in over a year ago and we are supporting him until he can get back on his feet.

4. In my current case, my wife will be increasing her work at the daycare, slightly increasing her income.

5. In the current case, I am surrendering my home and will not have the additional expense of the mortgage payment, freeing up additional income.

6. In my current case, I will be going on payroll control.

7. In the current case, I will be budgeting better and without the expense of the mortgage payment, I am confident I can make this Chapter 13 successful.

FURTHER, THE AFFIANT(S) SAYETH NOT

Date:   Signed: /s/ Robert Tulo

Printed: ROBERT TULO

STATE OF ILLINOIS        )
COUNTY OF                )

BEFORE ME, the undersigned, a notary for ___Cook___ County, State of Illinois personally appeared ___Robert Tulo___, and acknowledged the execution of the above and foregoing instrument this ___6___ day of ___February___, 20_12_.

_____
Notary Public

My Commission Expires:

3/14/15

___Marina Ricci___
Printed Name

OFFICIAL SEAL
MARINA RICCI
Notary Public - State of Illinois
My Commission Expires Mar 14, 2015