# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**IN RE:  Robert Tulo**

|  |  |  |  |
|---|---|---|---|
|  | ) | **Case No:** | **12-02926** |
|  | ) | **Judge:** | **Pamela S. Hollis** |
|  | ) | **Chapter** | **13** |
| **Debtor(s).** | ) | **Trustee:** | **Marshall** |

## NOTICE OF MOTION

TO:  Robert C. Tulo, 1300 Borden Drive Elgin, Illinois 60120  (served via US Mail)
Office of the U.S. Trustee, 219 S Dearborn St. Suite 873, Chicago IL 60604 (Electronically Notified)
Marilyn O. Marshall Office of the Chapter 13 Trustee 224 S. Michigan, Suite 800 Chicago, IL 60604 (Electronically Notified)
See Attached List (served by U.S. Mail)

PLEASE TAKE NOTICE that on  2/20/2013 at 9:30 AM. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Hollis or any other Bankruptcy Judge presiding in his or her place in at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Court Room 644, Chicago IL 60604 on the attached Debtor's Motion for Voluntary Dismissal of the Chapter 13, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice was paper mailed or electronically mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 1305 Remington Road, Suite C, Schaumburg, IL 60173 before 6:00 p.m. on or before 2/11/13.

 /s/ John P. Carlin

John P. Carlin  #6277222
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173
Phone:  (847) 843-8600

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

**IN RE:  Robert Tulo**

|  |  |  |
|---|---|---|
| ) | Case No: | 12-02926 |
| ) | Judge: | Pamela S. Hollis |
| ) | Chapter | 13 |
| **Debtor(s).**  ) | Trustee: | Marshall |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Now comes Robert Tulo, (hereinafter referred to as the "DEBTOR"), by and through his attorneys, Chang & Carlin, LLP, and moves this Honorable Court for entry of an Order, pursuant to 11 U.S.C. Section 1307(b), granting a voluntary dismissal to the Debtor.  In support thereof, Debtor respectfully represents as follows:

1. On January 28, 2012 the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

3. No complaints objecting to the discharge or to determine the dischargeability of any debt have been filed in this case.

WHEREFORE, DEBTOR prays that this Honorable Court enter an order that this case will be dismissed without prejudice.

Respectfully submitted,

/s/ John P. Carlin
John P. Carlin ARDC #6277222
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173
Phone:  (847) 843-8600
Fax:  (847) 843-8605

Chase Manhattan Mortgage
Attention: Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219


Corrie Tanakatsuvo
1300 Borden Dr.
Elgin, IL 60120


Credit Acceptance Corporation
25505 West Twelve Mile Road
Southfield, MI 48034


Credit Control
PO box 488
Hazelwood, MO 63042


Drive Now
777 Dundee Ave
Dundee, IL 60118


ILDOCFS
Office of Collections
406 East Monroe Station 433
Springfield, IL 62701


Illinois Department of Revenue
Springfield, IL 62736-0001


Internal Revenue Service
Centralized Insolvency
p.o. box 21126
Philadelphia, PA 11914


Orchard Bank
Po Box 19360
Portland, OR 97280


Rachel Tulo co/ ILDOCFS
Office of Collections
406 East Monroe Station 433
Springfield, IL 62701

```
Santander Consumer
P.O. Box 660633
Dallas, TX 75266-0633
```